

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY LEWIS, #96337 | ) ) ) | |
| Plaintiff, | ) ) | 3:12-cv-00123-RCJ-WGC |
| vs. | ) ) | **ORDER** |
| ANGELA GREGERSON, *et al.*, | ) ) ) | |
| Defendants. | ) | |

This is a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On January 15, 2013, the court issued an order directing plaintiff to file a second amended complaint within thirty (30) days (ECF #8). The order expressly warned plaintiff that failure to file a second amended complaint would result in dismissal of this action. The order was served on plaintiff at his address of record. On January 31, 2013, that order was returned by the U.S. Postal Service as undeliverable (ECF #9). It appears that plaintiff has been released from the custody of the Nevada Department of Corrections (*see id.*).

Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se* litigant is required to keep the court apprised of his or her current address at all times. Local Rule 2-2 states: "The plaintiff shall immediately file with the court written notification of any change of address.

The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Accordingly, as plaintiff has failed to file written notification of change of address with the court, this action is dismissed.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that plaintiff's application to proceed *in forma pauperis* (ECF #1) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: This 17th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE